United States District Court
for the District of New Jersey

_____

**MUTUAL MARINE OFFICE**                :

                                        :     Civil No. 08-6258

        Plaintiff                       :

                                        :     Order of Reassignment

**EXPEDITORS INTERNATIONAL, ET AL**

                                        :

        Defendant                       :

_____   :


It is on this 30th day of April 2009,

O R D E R E D that the entitled action is reassigned

from Judge Dennis M. Cavanaugh to Judge Peter G. Sheridan.


                            <u>    S/Garrett E. Brown, Jr.    </u>
                            Garrett E. Brown, Jr., Chief Judge
                            United States District Court